IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHARILIANA JOHANA ZAMBRANO ROMERO, Petitioner, | § | |
| v. | § | No. 3:26-cv-3167-B (BT) |
| WARDEN, PRAIRIELAND DETENTION FACILITY, et al., Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. For the reasons set forth in the Magistrate Judge's Findings, Conclusions, and Recommendation, Petitioner's (1) motion for a temporary restraining order (Doc. 4); (2) motion to stay removal pending adjudication of the petition for writ of habeas corpus (Doc. 5); (3) motion for immediate release or bond hearing (Doc. 6); and (4) motion to prohibit re-arrest or re-detention following release (Doc. 7) are **DENIED**. Petitioner's habeas petition remains pending.

**SIGNED this 7th day of October, 2026.**

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE